IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GEORGE THRASHER,

    Petitioner,

vs.                                       CASE NO. 5:08cv10/RS-MD

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 27). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. The 28 U.S.C. §2254 Petition For Writ of Habeas Corpus (Doc. 1), challenging the conviction and sentence in *State of Florida v. David George Thrasher* in the Circuit Court of Bay County, Florida, Case No. 03-1302-H, is denied, and this case is dismissed.

3. The clerk is directed to close the file.

**ORDERED** on April 20, 2009.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**

Case 5:08-cv-00010-RS-MD   Document 28   Filed 04/20/09   Page 2 of 2